ORIGINAL

## United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 17 2017

JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

UNITED STATES OF AMERICA

v.

Melvin Gibson

**CRIMINAL COMPLAINT**

Case Number: 17-MJ-286

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 14, 2017 in Fulton County, in the Northern District of Georgia, defendant, Melvin Gibson, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, at least one of the following firearms, that is,

1) a Glock, Model 19, handgun with serial number LRW888;
2) a DPMS, Model Panther Arms, A-15 rifle with serial number FFA039722,

in violation of Title 18, United States Code, Section(s) 922(g)(1).

I further state that I am a(n) Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Signature of Complainant
Ari Bleifeld

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

April 17, 2017                                          at   Atlanta, Georgia
Date                                                          City and State

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer
AUSA Mary L. Webb

## AFFIDAVIT

I, Ari Bleifeld, being duly sworn, do depose and state the following:

1. Since 2007 I have been a sworn law enforcement officer within the State of Georgia, that is, an officer who is empowered to conduct investigations and make arrests for offenses enumerated in Georgia law. I am also a federally deputized Task Force Officer with the Federal Bureau of Investigation ("FBI"). As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(8) of Title 18, United States Code, with authority to conduct investigations and make arrests for violation of Title 18 of the United States Code. I am presently assigned to the FBI Violent Crimes Task Force on behalf of the Atlanta Police Violent Repeat Offender Program. During my tenure at APD and the FBI, I have investigated numerous violent crimes including, but not limited to, kidnapping and armed robbery. I have also investigated numerous firearms crimes.

## PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint authorizing the arrest of Melvin GIBSON (hereinafter GIBSON), for violation of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon.

3. This affidavit is intended to establish probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge

of, or investigation into, this matter. The information set forth in this affidavit is based on my personal knowledge, training, and experience, observations of and consultations with other law enforcement officers, interviews with witnesses, and review of government documents.

## INVESTIGATION

4. On April 17, 2017, I was informed that, on April 14, 2017, Task Force Deputy Belknap from the U.S. Marshal's Service and other U.S. Marshal's Deputies and members of law enforcement executed a Georgia state arrest warrant for probation violation for GIBSON at 3006 Delmar Lane SW, Apartment Number B3, Atlanta, GA (hereinafter the "Residence"), which is in the Northern District of Georgia.

5. In their attempt to execute the warrant for GIBSON, Task Force Deputy Josh Mauney with the U.S. Marshal's Service conducted surveillance at the Residence on April 7, 2017 and on April 13, 2017.

6. The Residence is an apartment rented in the name of a woman with the initials "B.S." The Residence is a first floor apartment. It has two exterior doors. One exterior door leads to a rear parking lot.

7. During surveillance, Deputy Mauney observed a person matching GIBSON's appearance go into and out of the Residence. That individual was coming and going from a blue Ford Edge vehicle. Deputy Mauney also observed that individual drive the blue Ford Edge vehicle.

8. On the morning of April 14, 2017, at approximately 6:30 a.m., the Task Force Deputies observed the same blue Ford Edge vehicle parked in the rear parking lot of the Residence.

9. Accordingly, the Task Force Deputies knocked on the door of the Residence and announced their presence. They heard a female voice respond, but the female did not comply with requests to open the door. Thereafter, the Deputies opened the door and continued to ask the female occupant to come to the door. The female occupant stated that she needed more time in order to pen her dogs, but the Deputies could see from the doorway that the dogs were already contained in their crates. At approximately that same time, the Deputies heard a male voice inside the Residence. Therefore, the Deputies made entry into the Residence to effectuate the arrest warrant.

10. As the Deputies entered the Residence, they observed what appeared to be a disassembled AR-15-style rifle sitting in an open-topped box next to the Deputies in the living area.

11. At that point, GIBSON and "B.S." exited the front bedroom of the Residence into the living area of the Residence. At that point, GIBSON was taken into custody, and "B.S." was temporarily detained.

12. The Task Force Deputies thereafter located a Glock handgun under an air mattress on the floor of the front bedroom that GIBSON and "B.S." were exiting when the Deputies encountered them. The Deputies took custody

of the Glock handgun. It is a Glock, Model 19, handgun with serial number LRW888.

13. Additionally, after the arrest, the Deputies removed the disassembled AR-15 style rifle from the box in which it was located. It was determined to be a DPMS, Model Panther Arms, A-15 rifle with serial number FFA039722.

14. No other individuals were located in the apartment.

15. Based on Georgia Crime Information Center records, GIBSON has a prior conviction for possession of heroin with intent to distribute in violation of O.C.G.A. § 16-13-30(a)(h), which is a crime punishable by more than one year of imprisonment. He was convicted of that offense on December 3, 2001.

16. Additionally, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Allan McLeod has researched the manufacturing locations of the Glock handgun and the DPMS rifle located in the apartment. He has determined that the Glock was manufactured in Austria, and the DPMS was manufactured in the state of Alabama. Accordingly, he has opined that if those weapons were possessed in the state of Georgia, then they traveled in and affected interstate and foreign commerce.